Eleni TADELE, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–1616.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 27, 2010.

Decided: Feb. 17, 2010.

Irena I. Karpinski, Law Offices of Irena
I. Karpinski, Washington, D.C., for Petitioner. Tony West, Assistant Attorney
General, Michael P. Lindemann, Assistant
Director, Ethan B. Kanter, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, MOTZ, and
SHEDD, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Eleni Tadele, a native and citizen of
Ethiopia, petitions for review of an order
of the Board of Immigration Appeals
("Board") dismissing her appeal from the
immigration judge's decision denying her
requests for asylum, withholding of removal, and protection under the Convention
Against Torture. We have reviewed the
record and the Board's order and agree
that Tadele is statutorily barred from asylum and withholding of removal on the
ground that she provided material support
to a terrorist organization. See 8 U.S.C.
§ 1158(b)(2)(A)(v) (2006); 8 U.S.C.
§ 1231(b)(3)(B)(iv) (2006); 8 C.F.R.
§ 1208.16(d)(2) (2009).* We therefore
deny the petition for review for the reasons stated by the Board. See In re:
Tadele (B.I.A. Apr. 30, 2009). We dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*PETITION DENIED.*

---

* Although the statutory bar does not extend to
deferral of removal under the Convention
Against Torture, *see* 8 C.F.R. § 1208.17(a)
(2009), Tadele does not challenge the denial
of this form of relief on appeal. She has
therefore waived appellate review of this
claim. *See Ngarurih v. Ashcroft,* 371 F.3d
182, 189 n. 7 (4th Cir.2004) (finding that
failure to raise a challenge in an opening brief
results in abandonment of that challenge).